# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BOUNTHAVY MOUNIVONG,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1483-PRW |
| | ) |
| **PAMELA BONDI, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

The Court vacates its prior Order, Doc. 8, as the Court has determined that a response from Respondents is no longer necessary.

**IT IS SO ORDERED** this 22nd day of December, 2025.

*/s/ Chris M. Stephens*
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE