IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOUNTHAVY MOUNIVONG, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-25-1483-PRW |
| PAMELA BONDI, *et al.*, | ) |
| Defendants. | ) |

# ORDER

Before the Court is Magistrate Judge Chris Stephens's Report and Recommendation (Dkt. 15), recommending that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) be dismissed. Judge Stephens advised Petitioner of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Petitioner has filed no objection to the Report and Recommendation.

This Court has reviewed Magistrate Judge Stephens's Report and Recommendation (Dkt. 15) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 15) in full. Petitioner's Petition (Dkts. 1) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS SO ORDERED** this 8th day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE